UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:20-CV-14126-ROSENBERG/MAYNARD

NACHELLE K. JORDAN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

                                /

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION AND REMANDING CASE

This matter is before the Court upon a Report and Recommendation on the Plaintiff's Motions for Summary Judgment. DE 23. The case previously was referred to the Honorable Shaniek M. Maynard, United States Magistrate Judge for the Southern District of Florida. DE 2. Judge Maynard issued the Report and Recommendation on July 6, 2021, recommending that Plaintiff's Motion for Summary Judgment [DE 23] be granted, and that this case be remanded for further proceedings. Defendant did not file Objections to the Report and Recommendation, and the deadline to do so has passed.

The Court has reviewed the Report and Recommendation and the record and is otherwise fully advised in the premises. The Court finds Judge Maynard's conclusions and recommendation to be well reasoned and correct and agrees with the analysis in the Report and Recommendation.

For the foregoing reasons, it is hereby **ORDERED and ADJUDGED** that:

1. Magistrate Judge Maynard's Report and Recommendation [DE 29] is **ADOPTED** as the

      Order of the Court.

2. Plaintiff's Motion for Summary Judgment [DE 23] is **GRANTED**.

3. This case is **REMANDED** to the Administrative Law Judge for further proceedings consistent with the Report and Recommendation and this Order.

4. The Clerk of the Court shall **CLOSE THIS CASE**. All deadlines are **TERMINATED**.

    **DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 22nd day of July, 2021.

                                                    ROBIN L. ROSENBERG
Copies furnished to Counsel of Record        UNITED STATES DISTRICT JUDGE